MILLIKEN BROTHERS (INCORPORATED), Plaintiff, *v.* THE
CITY OF NEW YORK et al., Appellants, and PATRICK H.
McNULTY, Respondent.

*Milliken Brothers, Inc.,* v. *City of New York,* 156 App. Div. 930,
affirmed.
(Argued June 14, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered May 19, 1913, affirming a judgment entered
upon a decision of the court on trial at Special Term in
an action to foreclose a mechanic's lien filed with the
comptroller of the city of New York against moneys due
upon a city contract.

*Frank L. Polk, Corporation Counsel* (*William E. C.
Mayer* and *Terence Farley* of counsel), for City of New
York, appellant.

*Arnold L. Davis* for James D. Murphy Company
appellant.

*Frederick Hulse* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COL-
LIN, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.